UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

JUAN CARLOS SANCHEZ ALVAREZ

        Petitioner,

v.

KRISTI NOEM et al.,

        Respondents.

_____/

Case No. 1:25-cv-1090

Honorable Jane M. Beckering

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for a temporary restraining order and preliminary injunction (ECF No. 3), in which Petitioner seeks the same relief set forth in his § 2241 petition, is **DENIED AS MOOT**.

Dated: October 17, 2025

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge